No. 90–7685. ZATKO v. MARSHALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 90–7690. BARNES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–7694. PHILLIPS ET UX. v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 90–7697. WATSON v. PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 90–7715. TAYLOR v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 90–7716. PAVLOS v. CHENEY, SECRETARY OF DEFENSE. C. A. 3d Cir. Certiorari denied.

No. 90–7723. CARACCIOLO v. SMITH, JUDGE, ELEVENTH JUDICIAL CIRCUIT OF FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 90–7727. MARTIN, AKA CHASE v. DAVIES ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–7735. PARKS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–7737. MCKINNON v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 90–7739. CODY v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.

No. 90–7741. POWELL v. ROBERTS ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–7743. BRIM v. PETERS, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–7744. MINTON v. SHEET METAL WORKERS LOCAL #54 ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–7754. DEMPSEY v. WHITE. C. A. 1st Cir. Certiorari denied.